Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
MAY 03 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:         Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:         CLERK, U.S. BANKRUPTCY COURT

Re:         UNDISTRIBUTED FUNDS

Debtor:     Maria F. Jimenez
            13427 Cranston Ave
            Sylmar, CA 91342

Case No.:   SV10-12769-GM

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| Maria F. Jimenez<br>13427 Cranston Ave<br>Sylmar, CA 91342 | $184.00 |

Dated:  April 29, 2011

*Elizabeth J Rojas*

Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

US BANKRUPTCY CT

Check No.: 0829667  
Check Date: 04/20/2011  
Check Amt: 184.00

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1012769 | Claim #: 00000 | Maria F. Jimenez | | 0.00 | 0.00 | 184.00 | 184.00 |
| | | TOTALS | | 0.00 | 0.00 | 184.00 | 184.00 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK  
818 W. Seventh Street, Suite 220  
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Apr 20, 2011  
CHECK NO.: 0829667  
CHECK AMOUNT: $********184.00  
VOID AFTER 60 DAYS

Jimenez, Maria F.  
Case No: 1012769

PAY ONLY 184.00  
ONE EIGHT FOUR PERIOD ZERO ZERO

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $184.00

*Elizabeth F Rojas*

⑈0829667⑈ ⑆122044300⑆ 001⑈111690⑈